| Probation Form 22 (REV. MAR 05) | United States District Court Federal Probation System TRANSFER OF JURISDICTION | | DOCKET NUMBER (Transfer Court) 7:10-M-1163-1 |
|---|---|---|---|
| | | | DOCKET NUMBER (Rec. Court) 2:11 CR 45 PS |
| NAME OF OFFENDER Melissa Ann Medley | DISTRICT EASTERN NORTH CAROLINA | | DIVISION SOUTHERN |
| | NAME OF SENTENCING JUDGE Robert B. Jones, Jr. | | |
| | DATES OF SUPERVISION → | FROM 10/13/2010 | TO 10/12/2011 |

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF INDIANA
I hereby certify that the foregoing is a true copy of the original on file in this court and cause.
STEPHEN R. LUDWIG, CLERK
By: J. Castello
DEPUTY CLERK
Date: 4-6-2011

**OFFENSE**
Child Neglect (18 U.S.C. §13, NCGS 14-316.1) and Simple Possession (21 U.S.C. §844)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the offender named above be transferred with the records of this court to the United States District Court for the Northern District of Indiana upon that court's order of acceptance of jurisdiction. This court hereby expressly consents that the period of supervision may be changed by the district court to which this transfer is made without further inquiry of this court.*

March 18, 2011
Date

_____
U.S. Magistrate Judge

* This sentence may be deleted in the discretion of the transferring court.

FILED
APR 13 2011
DENNIS P. IAVARONE, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

**PART 2 ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF INDIANA

IT IS HEREBY ORDERED that jurisdiction over the above-named offender be accepted and assumed by this court from and after the entry of this order.

4-4-11
Effective date

_____
United States District Judge